UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAMUEL J. ALBURY III, | Case No. 2:24-cv-02003-CDS-EJY |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| STRATEGIC STAFFING SOLUTIONS, | |
| Defendants. | |

This case commenced on October 24, 2024 with Plaintiff's Application to Proceed *in forma pauperis* ("IFP") and Complaint for Employment Discrimination. ECF Nos. 1, 1-1. Plaintiff's IFP application was incomplete; however, on November 4, 2024, Plaintiff filed a complete amended IFP application that was granted on November 23, 2024. ECF No. 7. Plaintiff's Complaint was then screened by the Court, which failed to plead facts establishing the District of Nevada has personal jurisdiction over Defendant. *Id*. at 3-4. The Court granted Plaintiff through and including December 20, 2024 to file an amended complaint (*id*. at 5); however, to date, Plaintiff has not done so. Further, Plaintiff has not otherwise communicated with the Court. The Court warned Plaintiff that failure to file an amended complaint by December 20, 2024 would result in a recommendation to dismiss this matter without prejudice, but in its entirety. *Id*.

Accordingly, given Plaintiff's failure to comply with the Court's Order, and having submitted a Complaint that fails to establish personal jurisdiction over Defendant, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice, but in its entirety.

Dated this 23rd day of December, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE